NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                              Crim. No. 3:02CR128-002/RV

BRIAN JAMES OLSON

On October 7, 2004, the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that BRIAN JAMES OLSON be discharged from Supervised Release.

Respectfully submitted,

Brian S. Davis
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _17_ day of _Jan_, 20 _06_.

Roger Vinson
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

06 JAN 18 PM 1:57

FILED